| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Winterbotham Parham Teeple, a PC<br>Sundee M. Teeple, SBN 161524<br>101 E. Lincoln Avenue, Ste. 107<br>Anaheim, CA 92805<br>Telephone: (714) 543-7717<br>Facsimile: (714) 836-5030<br>Email: wptmriv@4bankruptcy.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Michael Forbes<br><br><br>Debtor(s) | CASE NO.: 2:24-bk-10504-SK<br>CHAPTER: 13<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B   ☐ Schedule C   ☐ Schedule D   ☐ Schedule E/F   ☐ Schedule G
☐ Schedule H     ☐ Schedule I   ☐ Schedule J   ☐ Schedule J-2   ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers   ☐ Statement of Intention   ☒ Master Mailing List
☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 02/07/2024                                      _____
                                                       Debtor 1 Signature

                                                       _____
                                                       Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                   Page 1                          F 1007-1.1.AMENDED.SUMMARY

Capital One
11013 W Broad St
Glen Allen, VA 23060


Catrina Dimicelli
C/O The Tenants Law Firm
9454 Wilshire Blvd. Penthouse
Beverly Hills, CA 90212


Cbna/Best Buy
Po Box 6497
Sioux Falls, SD 57117


Citibank/Exxon
PO BOX 6241
Sioux Falls, SD 57117


Citibank/Home Depot
Po Box 9714
Gray, TN 37615


Discover Bank
Po Box 15316
Wilmington, DE 19850


Ed Dela Cruz
C/O Cabanday Law Group
21221 S. Western Ave. Ste 208
Torrance, CA 90501


Hollow De Oro HOA
C/O HOA Lawyers Group
7495 W. Azure Drive #218
Las Vegas, NV 89130


Jiali Yan
C/O Law Office of Neil Opdahl-Lopez
472 E. Carnegie Drive, #200
San Bernardino, CA 92406

Nathan Esser
C/O The Tenants Law Firm
9454 Wilshire Blvd. Penthouse
Beverly Hills, CA 90212


Penny Mac Loan Services, LLC
P.O. Box 30597
Los Angeles, CA 90030


Select Portfolio Servicing
Po Box 65250
Salt Lake City, UT 84165


Select Portfolio Svcing
Po Box 65250
Salt Lake City, UT 84165


Tiffany & Bosco
1455 Frazee Rd. #820
San Diego, CA 92108


Wells Fargo Bank
3300 W Sahara Ave
Las Vegas, NV 89102

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
12440 Firestone Blvd. #307
Norwalk, CA 90650

A true and correct copy of the foregoing document entitled (*specify*):   Summary of Amended Schedules, Master Mailing List, and/or Statements
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 7, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Kathy A. Dockery (TR)          Efiling@LATrustee.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 7, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Judge
The Honorable Sandra R. Klein
255 E. Temple St. #1582
Los Angeles, CA 90012

Michael Forbes
24723 Via Valmonte
Torrance, CA 90505

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/7/24 | Jeffrey  S. Woodfin | *(signed)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE